

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 17 2026

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| STUART CALLAHAN<br><br>                Plaintiff<br><br>VS.<br><br>AMERICAN STRATEGIC INSURANCE CORP.<br><br>                Defendant | This case assigned to District Judge __Miller__<br>and to Magistrate Judge __Harris__<br><br>Case No: __2:26-cv-29-BSM__<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Comes the Plaintiff, Stuart Callahan, by and through his attorney, Austin H. Easley of EASLEY & HOUSEAL, PLLC, and for his causes of action against the Defendant, American Strategic Insurance Corp., states:

### JURISDICTION AND VENUE

1. Stuart Callahan is an adult resident of St. Francis County, Arkansas. At all times relevant hereto, Callahan was the named insured on the subject insurance policy.

2. American Strategic Insurance Corp. is an insurance company authorized to do business in the State of Arkansas, and in fact does business in the Delta Division of the Eastern District of Arkansas. American Strategic Insurance Corp. is domiciled in the State of Florida, and may be served through its registered agent for service, C T Corporation System, at 320 S. Izard St., Little Rock, AR 72201. American Strategic Insurance Corp. is responsible for the actions and inactions of its agents, adjusters, employees, and those

operating under its name and control under the doctrine of *respondeat superior*.

3. American Strategic Insurance Corp. is an affiliate of the insurance group known as Progressive, and holds itself out as "Progressive." Plaintiff acquired his policy of insurance through the "Progressive" website, and all agents, adjusters, and representatives that dealt with Plaintiff on behalf of Defendant referenced themselves as "Progressive" employees. As such, American Strategic Insurance Corp. is referenced herein as "Progressive."

4. This action concerns a residential homeowners insurance policy entered into in the State of Arkansas concerning a home located in St. Francis County, Arkansas.

5. This Court has jurisdiction of this cause under 28 U.S.C. § 1332(a) as there is diversity of citizenship and the amount in controversy exceeds $75,000.00.

6. This action concerns acts committed and property located in the Eastern District of Arkansas, and venue is proper in the Delta Division pursuant to 28 U.S.C. § 1332(b).

## FACTS AND ALLEGATIONS

7. Plaintiff owned and resided in the home located at 1469 SFC 811, Forrest City, Arkansas.

8. At the time of the loss complained of herein, Plaintiff had an insurance policy through Progressive which provided coverage for the structure and contents of the home, among other things. Plaintiff's policy was policy number ARA7273, as evidenced by Plaintiff's declarations page, attached hereto as **Exhibit A.**

9. Plaintiff was current on his premium payments at the time of the loss, and

its policy was in full force and effect.

10. On or about January 5, 2024, Plaintiff suffered a fire at his home.

11. The building was a total loss as a result of the fire, and Progressive ultimately paid the limits of coverage for the structure. The building was burned to the ground.

12. The limit of coverage for personal property loss was $125,000.00.

13. Progressive asked for spreadsheets showing the personal property loss, and asked Plaintiff to input the information electronically. Plaintiff submitted spreadsheets evidencing a total of $181,323.58 in personal property lost in the fire.

14. Progressive ultimately tendered checks in the amount of $35,319.26 for all of Plaintiff's personal property contents.[1]

15. Progressive never informed Plaintiff that the aforementioned checks may be negotiated without suffering prejudice to dispute the amount of the claim, and the policy of insurance does not explain that Plaintiff may cash a settlement check without suffering prejudice to a dispute regarding the claim.

16. Even with allowable depreciation, Plaintiff's contents loss exceeds the available coverage.

## COUNT I: BREACH OF INSURANCE CONTRACT

17. Plaintiff and Progressive entered into a valid insurance contract which

---

[1] Progressive made a prepayment of $5,000.00 while adjusting the claim, and thereafter tendered a check in the amount of $30,319.26 for the remained of Plaintiff's personal property claim. In addition, it appears the Defendant applied the $1,000 deductible on both the dwelling and personal property coverages, in violation of the policy language and Arkansas law.

provided coverage for personal property lost to a covered event.

18. The policy required that the Plaintiff pay certain premiums. The Plaintiff made every premium payment requested by Defendant.

19. The damage to Plaintiff's personal property was caused by a covered loss to which no exclusions apply.

20. The Plaintiff performed every act or obligation required of it by the insurance contract in the event of a loss.

21. Plaintiff made demand for insurance coverage and benefits for the damage to personal property.

22. Given the amount of personal property claimed, the insurance contract required Progressive to pay the limits of coverage for Plaintiff's personal property lost in the fire.

23. Progressive has failed and refused to pay the full value of Plaintiff's covered personal property.

24. Progressive has breached its insurance contract with the Plaintiff by not timely paying the full amount of the personal property coverage, causing the damages more specifically set forth below.

### DAMAGES

25. Plaintiff is entitled to insurance benefits in the amount of $120,000.00.

26. Progressive has never informed the Plaintiff that he may negotiate the previously tendered check for $30,319.26 without prejudice to contest the claim. Plaintiff has never cashed that check. As such, the 12% penalty, prejudgment interest, and

attorney's fee should be calculated on the entire $120,000.00 in outstanding owed insurance benefits.

27.     In addition to the compensatory damages sought herein, Plaintiff should be awarded judgment against the Defendant for the 12% statutory penalty, together with a reasonable attorney fee, and for 6% pre-judgment interest.[2]

28.     **Plaintiff demands a jury trial in Helena, Arkansas.**

**WHEREFORE**, Plaintiff Stuart Callahan prays for judgment against American Strategic Insurance Corp. for compensatory damages in the amount of $125,000.00, for a 12% statutory penalty, for a reasonable attorney fee, for pre-judgment interest at the rate of 6% per annum, **for a jury trial**, for post-judgment interest at the highest legal rate, and for all other fit and proper relief available under the law.

Respectfully submitted,

By: /s/ Austin H. Easley
Austin H. Easley
Arkansas Bar No. 2010154
EASLEY & HOUSEAL, PLLC
Post Office Box 1115
Forrest City, AR 72336-1115
P: (870) 633-1447
F: (870) 633-1687
austin@ehtriallawyers.com

*Attorneys for Plaintiff Stuart Callahan*

---

[2] See Ark. Code Ann. § 23-79-208(a)(1).

American Strategic Insurance Corp
1 ASI Way
St. Petersburg, FL 33702



## Homeowners Declaration Page

| | |
|---|---|
| Total Policy Premium: | $4,811 |
| Policy Number: | ARA7273 |

**Named Insured:**
STUART L CALLAHAN
1469 SFC 811
FORREST CITY, AR 72335

**Agent:**
Progressive Sales
P.O. Box 23039
Saint Petersburg, FL 33742

| | |
|---|---|
| Agent Code: | 453425 |
| For Policy Service, Call: | (877)415-1745 |
| To File a Claim, Call: | 866-274-5677 |

**Effective Date of This Transaction:** 3/1/2023

**Activity of This Transaction:** Renewal

**Residence Premises:**
1469 SFC 811
FORREST CITY, AR 72335-8675

**Policy Period:** From: 03/01/2023 To: 03/01/2024
(At 12:01 AM Standard Time at the residence premises)

**Plan Type:** HOH

Coverage at the residence premises is provided only where a limit of liability is shown or a premium is stated.

| Coverages and Limits of Liability | | Limit | Premium |
|---|---|---|---|
| SECTION I: | A. Dwelling Coverage | $250,000 | 1383.58 |
| | B. Other Structures | $25,000 | 111.39 |
| | C. Personal Property | $125,000 | Included |
| | D. Loss of Use | $25,000 | -46.57 |
| SECTION II: | E. Personal Liability - Each Occurrence | $300,000 | 25.00 |
| | F. Medical Payments to Others - Each Person | $5,000 | 10.00 |

**OTHER COVERAGES AND ENDORSEMENTS:**
(Printed on the following page)

**DEDUCTIBLE:**
All Other Perils: $1000
Wind & Hail: $1000

**Special Messages:** OTHER COVERAGES, LIMITS AND EXCLUSIONS APPLY - REFER TO YOUR POLICY FOR DETAILS
THIS POLICY DOES NOT INCLUDE COVERAGE FOR FLOOD LOSSES.
A MINIMUM EARNED PREMIUM OF $50 APPLIES TO ALL POLICIES REGARDLESS OF HOW LONG
THE POLICY IS IN FORCE. THIS IS NOT REFUNDED WHEN THE POLICY IS CANCELLED.

**Mortgagee:**

**1st Mortgagee**
PennyMac Loan Services, LLC
PO BOX 6618
SPRINGFIELD, OH 45501
Loan #8010850159    Escrow: Yes

**2nd Mortgagee**

*David L Pratt*
President

PLAINTIFF'S
EXHIBIT
A

ASI HO AR DEC 03 21    The ASI Group is an affiliate of The Progressive Corporation    Page 1 of 3

Named Insured(s):    STUART L CALLAHAN                                               Policy Number:    ARA7273

| Other Coverages and Endorsements: | Form Number | Limit | Premium |
|---|---|---|---|
| Homeowners Protection Policy | ASI HOH AR 04 21 | | |
| Increased Replacement Cost Coverage | ASI HO IRC 10 19 | | |
| Loss Assessment Coverage | ASI HO LAC 11 15 | | |
| Coverage Explanation for Home Day Care Business | ASI HO NHDB 02 19 | | |
| Progressive Home & Auto Bundle Package | ASI HO PHAA 01 21 | | |
| Personal Injury | ASI HO PNJ 04 17 | | |
| Personal Property Replacement Cost Loss Settlement | ASI HO PPRC 05 21 | | |
| Water Back-Up and Sump Discharge or Overflow | ASI HO WBU 02 19 | | |
| PC / Construction Factor | | | 675.29 |
| Household Factor | | | -245.25 |
| Number of Residents | | | -11.58 |
| Paid in Full Discount | | | -206.07 |
| Tier Factor Premium | | | 1014.81 |
| Package Policy Discount | | | -18.70 |
| Claims Free Discount | | | -94.48 |
| Roof Material | | | 59.37 |
| Burglar Protection | ASI HO PAFS 06 15 | | -36.10 |
| Updated Home | | | -35.37 |
| Age of Dwelling | | | 1431.28 |
| All Other Perils Deductible | | 1000 | -233.57 |
| Wind/Hail Deductible | | 1000 | -61.92 |
| HomeShield Package | ASI HO HS 11 18 | | 364.76 |
| Square Footage | | | 52.09 |
| Total Water Peril Premium | | | 1042.86 |
| Rate Modification Factor | | -9 | -501.96 |
| E-Policy (Paperless) | | | -10.00 |
| Fixed Base Premium | | | 95.00 |
| Number of Stories | | | 46.81 |
| Ordinance or Law | | 25000 | Included |

**Scheduled Items:**

| Category | Description of Property | Value | Premium |
|---|---|---|---|
| | | | |

Additional Insured:                                               Additional Interest:




Interest:                                                         Interest:

| Named Insured(s): | STUART L CALLAHAN | | Policy Number: | ARA7273 |
|---|---|---|---|---|

**Rating Information:**

| Construction Type: | Masonry/Veneer | | |
|---|---|---|---|
| Type of Residence: | Single Family | Total Square Feet: | 1,784 |
| Year Built: | 1974 | ASI Territory: | 232 |
| Roof Year: | 2015 | County: | ST. FRANCIS |

**Special Conditions:**

PLEASE READ YOUR POLICY DOCUMENTS CAREFULLY AS SPECIAL CONDITIONS AND EXCLUSIONS APPLY. THESE INCLUDE, AMONG OTHERS:
1. LIMITED LIABILITY COVERAGE FOR WATERCRAFT AND RECREATIONAL VEHICLES
2. NO LIABILITY COVERAGE FOR EXCLUDED ANIMALS

Policyholders have the right to file a complaint with the Arkansas Insurance Department (AID). You may call AID to request a complaint form at (800) 852-5494 or (501) 371-2640 or write the Department at:
Arkansas Insurance Department
1 Commerce Way, Suite 102
Little Rock, AR 72202

**Notes:**